UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**LOVELLE WILSON (# 444188)**                              CIVIL ACTION

**VERSUS**

**CASSANDRA TEMPLE**                                        NO. 16-0052-JWD-EWD

R U L I N G

In January, 2016, *pro se* Plaintiff, an inmate confined at the Louisiana State Penitentiary ("LSP"), Angola, Louisiana, commenced this proceeding by submitting correspondence to the Court that appeared to assert a claim regarding the alleged violation of his constitutional civil rights pursuant to 42 U.S.C. § 1983. Plaintiff complained therein that he had been improperly charged with a disciplinary violation by LSP Investigative Officer Cassandra Temple after a cellphone was found in the possession of another inmate.

Pursuant to correspondence dated March 9, 2016 (R. Doc. 2), the Court directed Plaintiff to re-submit his claim on the Court's approved Complaint form within twenty-one (21) days and, within such time, to either pay the Court's filing fee or submit a properly completed Motion to Proceed *In Forma Pauperis* and Statement of Account, blank copies of which were attached to the referenced correspondence. The Court's correspondence further specifically advised Plaintiff that "failure to amend the pleadings or provide the requested information or forms as indicated will result in the dismissal of your suit by the Court without further notice." *Id.*

A review of the record by the Court reflects that despite notice and an opportunity to appear, Plaintiff has failed to respond to the Court's directives as required.[1]  Accordingly,

---

[1] The record reflects that Plaintiff attempted to submit certain documentation to the Court

**IT IS ORDERED** that the above-captioned proceeding be **DISMISSED,** without prejudice, for failure of Plaintiff to correct the deficiencies of which he was notified. Judgment shall be entered accordingly.

Baton Rouge, Louisiana, this ___16___ day of May, 2016.

_____
JOHN W. deGRAVELLES
UNITED STATES DISTRICT JUDGE

---

in April, 2016, but that documentation was returned to Plaintiff unfiled because it failed to comport with the Court's procedural rules. *See* R. Doc. 3. Further, a review of the referenced documentation reflects that it does not correct the deficiencies of which Plaintiff was notified, specifically because Plaintiff failed to obtain the signature of an authorized prison official on his Statement of Account as directed. *See* R. Doc. 3-1 at p. 10.